UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEGAN BAASE KEPHART and OSAMA DAOUD, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BEAVEX INC.,<br><br>　　　　　Defendant. | Case No. 12-cv-7843<br><br>**Judge Virginia M. Kendall**<br><br>Magistrate Judge Mary M. Rowland |

## ORDER OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT

This matter coming before the Court on Plaintiffs' Agreed Motion for Preliminary Approval of Class Action Settlement, IT IS HEREBY ORDERED:

1) The parties' proposed class action settlement in this case is preliminarily fair, reasonable, and adequate, and meets all of the requirements of Rule 23 as a class action for settlement purposes.

2) On June 14, 2016, the Court certified a class pursuant to Fed. R. Civ. P. 23, and subsequently defined the class as consisting of:

> All persons who contracted with BeavEx, Inc. directly (individually or on behalf of another entity) to perform deliveries in the State of Illinois between October 1, 2002 to the present, who did so on a full-time basis, and who had amounts deducted by BeavEx from their compensation checks.

All class members who previously received notice of the class action and did not opt out of the case are eligible to participate in the proposed class settlement.

3) Plaintiffs Megan Baase Kephart and Osama Daoud are appointed as the class representatives.

4) Lichten & Liss-Riordan, P.C. and Siegel & Dolan Ltd. are appointed as counsel for the settlement class.

5) Lichten & Liss-Riordan, P.C. is appointed as the Class Administrator to serve the Court in administering the notice, claims process, and disbursement of the Settlement Fund if

the Court grants final approval of the settlement after the fairness hearing, as provided in the Settlement Agreement.

6) The form and content of the Notice of Proposed Class Action Settlement and Claim Form and the proposed plan for notification of Settlement Class Members are adequate, proper, and comport with due process. The Notice and Claim Form are to be sent out to class members as provided in the motion.

7) The final fairness hearing is scheduled for _June 4_, 2018 at _9:00_.

8) Counsel for the parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order of the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice and Claim Form that they jointly agree are reasonable or necessary.

ENTERED: _2-26_, 2018

Honorable Virginia M. Kendall
United States District Court Judge